# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Ian Andre Persaud

                    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:05cv217-3-V

United States of America                   (3:01cr36-7-V)

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court on a Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006 Order.

August 3, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk